904 March 18, 2026 No. 224

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

CITY OF PORTLAND,
*Plaintiff-Respondent,*

*v.*

Alexander ZURITA-CORTES,
*Defendant-Appellant.*

Multnomah County Circuit Court
23CR25888; A184730

Thomas M. Ryan, Judge.

Submitted February 5, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and James Brewer, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Denis M. Vannier filed the brief for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed. *City of Portland v. Sottile*, 336 Or App 741, 561 P3d 1159 (2024), *rev den*, 374 Or 372 (2025), *cert den*, ___ US ___, 2026 WL 135735 (Jan 20, 2026); *State v. Vinge*, 337 Or App 621, 564 P3d 186, *rev den*, 374 Or 373 (2025).